*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*



July 30, 2013

No. 04-13-00383-CV

ARTHUR VEGA INDIVIDUALLY AND D/B/A DOLCO PACKAGING
(APPELLANT/CROSS-APPELLEE),
Appellant

v.

COMPASS BANK (APPELLEE/ CROSS-APPELLANT),
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-07719
Honorable Laura Salinas, Judge Presiding

# ORDER OF REFERRAL

The Court, after reviewing the responses of the parties, has determined that the dispute pending in this Court is appropriate for referral to an Alternative Dispute Resolution procedure. TEX. CIV. PRAC. & REM. CODE ANN. § 154.021 (a) (Vernon 2005). It is therefore ORDERED that this cause be referred to a Mediated Settlement Conference which will be conducted by Steve J. Vacek, Jr., an impartial person, as Mediator. *See id.* § 154.051.052.

It is FURTHER ORDERED that all appellate deadlines are hereby suspended until September 13, 2013.

It is FURTHER ORDERED that mediation shall commence at such place as the Mediator may designate and proceed in accordance with the schedule set by the Mediator until completed, but in any event the mediation shall be completed no later than forty-five (45) days from the date of this Order. The Mediator shall file with the Clerk of Court within three (3) days of the completion of the mediation a written report concerning the disposition of this appeal.

It is FURTHER ORDERED that the Mediator shall be compensated and that parties in this cause shall be equally responsible for its share of this obligation. Mediation fees shall ultimately be taxed as court costs. *See id.* § 154.054.

It is FURTHER ORDERED that all parties to this cause are directed to attend the Mediated Settlement Conference with their counsel of record. The corporate party representative in attendance and the individual party representatives shall have full authority to settle up to and including the judgment amount. To facilitate this procedure the Mediator shall encourage and assist, but will not compel or coerce the parties in reaching a settlement of the dispute. Unless the parties otherwise agree, all matters, including the conduct and demeanor of the parties and their counsel during mediation, shall remain confidential and shall never be disclosed to anyone, including this Court. *See id.* § 154.053.

Provided the parties are able to settle all matters related to this appeal, the parties are directed to file a joint motion requesting an appropriate disposition of this appeal within thirty (30) days of the date of mediation.

It is so **ORDERED** on July 30, 2013.

Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this the 30th day of July, 2013.

Keith E. Hottle, Clerk